Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  12−28995−VFP
                          Chapter:  13
                          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monika Lammers
   aka Monika Oppermann
   17 Station Road
   Denville, NJ 07834

Social Security No.:
   xxx−xx−9856

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        9/1/16
Time:       02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$1,875.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 2, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-28995-VFP
Monika Lammers                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin           Page 1 of 2          Date Rcvd: Aug 02, 2016
                         Form ID: 137          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
```
db            +Monika Lammers,    17 Station Road,    Denville, NJ 07834-2435
cr            +Bank of America, N.A., successor by merger to BAC,    Stern, Lavinthal & Frankenberg,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            +Bluebonner Financial Assets,    c/o Dianna R. Bass,    1622 E. Beltline Rd., Suite 102,
                Carrollton, TX 75006-6374
513247025     +Aes/goal Financial,    1200 N 7th St,    Harrisburg, PA 17102-1419
513315569      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513247026     +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
513247029      Bank Of America,    4060 Ogletown/stanton Rd,    Newark, DE  19713
513247030     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
513521139     +Bank of America, N.A.,    c/o Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
513469791     +Bluebonnet Financial Assets,    1622 E. Beltline Road, Suite 102,    Carrollton, TX 75006-6374
513247031     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513551030      ECMC,   P. O. Box 16408,    St. Paul, MN 55116-0408
513320261      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513247033     +Giovanni Dipierro, Esquire,    317 Belleville Avenue,    Blomfield, NJ 07003-3648
513342882     +Goal Financial,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
513380929     +Great Lakes Higher Education Guaranty Corp,    2401 International Lane,    Madison, WI 53704-3192
513247034     +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
513247037     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
513255286     +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
513247038     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
513247040     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
513247041     +Township Of Denville,    1 St. Mary's Place,    Denville, NJ 07834-2199
513247042     +Victoria Secrets,    220 W. Schrok Road,    Westerville, OH 43081-2873
513247043     +Wfnnb/pier1,    Po Box 182789,    Columbus, OH 43218-2789
513247044     +Wfnnb/victorias Secret,    P.O. Box 182125,    Columbus, OH 43218-2125
513247045    #+Zwicker & Associates, P.C.,    1101 Laurel Oak Road, Suite 130,    Voorhees, NJ 08043-4322
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 00:26:44      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 00:26:42      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513276611      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2016 00:29:48
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
513247027      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 03 2016 00:26:35      Asset Acceptance Corp,
                P.O. Box 2036,    Warren, MI  48090-2036
513619881     +E-mail/Text: bncmail@w-legal.com Aug 03 2016 00:26:51      Cheswold (Ophrys), LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
513264028      E-mail/Text: mrdiscen@discover.com Aug 03 2016 00:25:42      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
513247032     +E-mail/Text: mrdiscen@discover.com Aug 03 2016 00:25:42      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
513247035      E-mail/Text: cio.bncmail@irs.gov Aug 03 2016 00:26:06      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
513729290      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 00:30:07      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513247036     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 03 2016 00:26:41      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513357253      E-mail/Text: bnc-quantum@quantum3group.com Aug 03 2016 00:26:27
                Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                Kirkland, WA  98083-0788
513247039     +E-mail/PDF: cbp@springleaf.com Aug 03 2016 00:29:03      Springlf Fin,    P O Box 59,
                Evansville, IN 47701-0059
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
513247028*    Asset Acceptance, LLC,    P.O. Box 2036,    Warren, MI  48090-2036
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin                Page 2 of 2               Date Rcvd: Aug 02, 2016
                              Form ID: 137               Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:

        Christopher J. Balala    on behalf of Debtor Monika    Lammers cbalala@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
        David L. Stevens    on behalf of Debtor Monika    Lammers dstevens@scuramealey.com,
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
         y.com
        Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A., successor by merger to
        BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP cmecf@sternlav.com
        John J. Scura, III    on behalf of Debtor Monika    Lammers jscura@scuramealey.com,
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
         y.com
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Marie-Ann   Greenberg    magecf@magtrustee.com

                                                                        TOTAL: 6