**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Christopher J. Balala (Attorney ID 030732010)
Counsel for Debtor

Order Filed on November 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Monika Lammers

| | |
|---|---|
| Case No: | 12-28995 |
| Chapter: | 13 |
| Hearing Date: | 12/7/2017 |
| Judge: | VFP |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 21, 2017**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

<u>**NOTE TO RECORDING OFFICER**</u>: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1.  The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2.  The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3.  Description of Real Property:
    Location (Street Address) 17 Station Road, Denville NJ 07834


4.  Description of Mortgage/Judgment Lien:
    a.  Original Mortgagee/Lienholder:  PNC Bank
    b.  Current Assignee:  PNC Bank
    c.  Current Servicer:  PNC Bank
    d.  Date of Mortgage/Lien: 03/14/2007
    e.  Date of Recordation: 03/23/2007
    f.  Place of Recordation: Morris County Clerk
        i.  Mortgage Book: 20776
        ii. Page: 746
    g.  Original Principal Balance of Mortgage/Lien: $ 95,000.00

5.  The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6.  A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*